FILED

2019 AUG 29 PM 3: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.          CASE NO. 2:19-cr-143-FtM-60MRM
            18 U.S.C. § 1001

CASEY PADULA

## INFORMATION

The United States Attorney charges:

At all times material to this Information:

1. CASEY PADULA ("PADULA") was a resident of Charlotte County, Florida.

2. PADULA pleaded guilty on March 23, 2017, to a one-count Information charging him with conspiracy to impede the Internal Revenue Service and to commit bank fraud. United States v. Casey Padula, Case No. 2:17-cr-15. In his Plea Agreement, PADULA agreed to complete a Financial Disclosure Statement. Padula signed the Financial Disclosure Statement and caused it to be presented to the United States on April 26, 2017. In this Financial Disclosure Statement, PADULA failed to report numerous significant assets.

17851446.1

3. The Financial Disclosure Statement, Question 39, asked if PADULA owned or had possession of any boats, and he checked "No." This is false. Through one of the entities he controls, Quartermaster Holdings LLC, PADULA owned a 2017 Statement 38 SUV Open (Hull Identification Number STTEBO79C617) that has been valued at $339,995.

4. The Financial Disclosure Statement, Question 69, asked if PADULA owned or controlled any asset or thing of value, including cash, and he reported "No." This is false. At the time of signing the document, PADULA had at least $80,000 in cash in a safe in his residence.

5. The Financial Disclosure Statement, Question 43, asked if PADULA transferred, sold, gifted, or in any other way disposed of any assets or property with a cost or fair market value of $300 or more in the past three years. PADULA did not disclose that on April 17, 2017, he purchased a 2017 Mercedes for approximately $90,000 for his daughter.

## COUNT ONE
### (False Statements)

1. Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth herein.

2. On or about April 26, 2017, in the Middle District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, defendant CASEY PADULA did willfully and knowingly make

and cause to be made materially false, fictitious, and fraudulent statements and representations, in a Financial Disclosure Statement he submitted to the United States. The statements and representations were false because, as defendant CASEY PADULA then and there knew, he did not disclose that he owned or controlled a boat and $80,000, as well as failing to disclose that he had recently purchased a vehicle for his daughter.

All in violation of 18 U.S.C. § 1001.

DATED this 27th day of August 2019.

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

*/s/ Todd A. Ellinwood*
TODD A. ELLINWOOD
Assistant Chief
Department of Justice, Tax Division

17851446.1